**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 03-7342**

———————————

REGINALD E. PAYLOR,

Plaintiff - Appellant,

versus

ERNEST SUTTON, Superintendent; JAY MARROW,
Medical Administrator; MICHAEL BAKER,
Administrative Officer; DAVID O'NEIL, Clothes
House Officer; SIVARA MANICKAVASAGAR, Doctor,

Defendants - Appellees.

———————————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh. Terrence W. Boyle, Chief
District Judge. (CA-02-507-5-BO)

———————————

Submitted: November 6, 2003        Decided: November 20, 2003

———————————

Before WIDENER, MICHAEL, and TRAXLER, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Reginald E. Paylor, Appellant Pro Se.  Deborrah Lynn Newton,
Assistant Attorney General, Raleigh, North Carolina; John Walton
Minier, YATES, MCLAMB & WEYHER, Raleigh, North Carolina, for
Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM

 Reginald Paylor appeals the district court's order granting summary judgment in favor of the Defendants and dismissing Paylor's action filed pursuant to 42 U.S.C. § 1983 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Paylor v. Sutton</u>, No. CA-02-507-5-BO (E.D.N.C. July 31, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2